AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | | |
|---|---|---|
| Patricia Peterson | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. CV-11-64-BU-SEH |
| RECONTRUST COMPANY, N.A., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    RECONTRUST COMPANY, N.A.  (by Process Server)
    1800 Tapo Canyon Road
    Simi Valley, CA 93063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Patricia Peterson
    37 Annie Glade Dr
    Bozeman , MT 59718-9149

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 11, 2011

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| Patricia Peterson <br> *Plaintiff* <br> v. <br> BANK OF AMERICA, N.A., <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. CV-11-64-BU-SE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    BANK OF AMERICA, N.A.    (by Process Server)
    Bank of America Corporate Center
    100 North Tryon Street
    Charlotte, NC 28255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Patricia Peterson
    37 Annie Glade Dr
    Bozeman, MT 59718-9149

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 11, 2011

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*