AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**

NOV - 3 2011

PATRICK E. DUFFY, CLERK

By_____
DEPUTY CLERK, BUTTE

| | |
|---|---|
| Patricia Peterson ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV-11-64-BU-SEH |
| BANK OF AMERICA, N.A., ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        BANK OF AMERICA, N.A.     (by Process Server)
        Bank of America Corporate Center
        100 North Tryon Street
        Charlotte, NC 28255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Patricia Peterson
        37 Annie Glade Dr
        Bozeman, MT 59718-9149

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 11, 2011

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Case 2:11-cv-00064-SEH Document 3 Filed 11/03/11 Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BANK of AMERICA**
was received by me on *(date)* **10-14-11**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Amber McSpadden, Assistant Manager**, who is designated by law to accept service of process on behalf of *(name of organization)* **Bank of America**
**101 N. Tryon St. Charlotte, NC 28255** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10-20-11**

**RJ Provost**
Server's signature

**RJ Provost, Process Server**
Printed name and title

**POB 7241, Charlotte, NC 28241**
Server's address

Additional information regarding attempted service, etc: