Kenneth K. Lay
CROWLEY FLECK PLLP
100 North Park Ave., Suite 300
P.O. Box 797
Helena, MT 59601
(406) 457-2037
(406) 449-5149 (facsimile)
E-mail: klay@crowleyfleck.com

Attorneys for Defendants ReconTrust Company, N.A.
  and Bank of America, N.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| PATRICIA PETERSON, | ) | Cause No. CV-11-64-BU-SEH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANTS RECONTRUST** |
| | ) | **COMPANY, N.A. and BANK OF** |
| RECONTRUST COMPANY, N.A., | ) | **AMERICA, N.A.'s CORPORATE** |
| BANK OF AMERICA, N.A., and Does 1 | ) | **DISCLOSURE STATEMENT** |
| through 10, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 7.1, F. R.Civ.P., Defendants ReconTrust Company, N.A.

("ReconTrust") and Bank of America, N.A. ("BANA") make the following

corporate disclosure statement:

    1.    BANA is a wholly-owned, indirect subsidiary of Bank of America

Corporation ("BAC"), a publicly held company whose shares are traded on the New

York Stock Exchange.  BAC has no parent company and no publicly-held company owns more than 10% of BAC's shares.  No other publicly traded company currently owns more than 10% of BANA's stock.

2.      ReconTrust is a wholly-owned direct subsidiary of BANA, which as stated above is an indirect, wholly-owned subsidiary of BAC.  No other publicly traded company currently owns more than 10% of ReconTrust's stock.

DATED this 8th day of November, 2011.

CROWLEY FLECK PLLP

/s/ Kenneth K. Lay
Kenneth K. Lay
CROWLEY FLECK PLLP
P.O. Box 797
Helena, MT  59624
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Kenneth K. Lay, one of the attorneys for the law firm of Crowley Fleck PLLP, hereby certify that on November 8, 2011, I mailed a true and correct copy of the foregoing document, postage prepaid, to the following:

Patricia Peterson
37 Annie Glade Drive
Bozeman, MT  59718-9149

/s/ Kenneth K. Lay
Kenneth K. Lay