IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PATRICIA PETERSON, | Cause No. CV-11-64-BU-SEH |
| Plaintiff, | |
| vs. | **ORDER** |
| RECONTRUST COMPANY, N.A., BANK OF AMERICA, N.A., and Does 1 through 10, | |
| Defendants. | |

Defendants having filed an unopposed Motion for Extension of Time to Answer the Complaint,

IT IS HEREBY ORDERED that Defendants' Motion (dkt #4) is GRANTED. Defendants may have up to and including **December 12, 2011** to answer or otherwise respond to the Complaint in this matter.

DATED this 14th day of November, 2011.

/s/Keith Strong
Keith Strong
United States Magistrate Judge