

RECEIVED
NOV 18 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BUTTE

**CASE NUMBER: CV-11-64-BU-SEH-RKS**

PATRICIA PETERSON,

                              Plaintiff,

        vs.

RECONTRUST COMPANY, N.A., et al.,

                              Defendant.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| *[signed]* | Patricia Peterson | 11-17-2011 |
| | | |
| | | |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signature | Party Represented | Date |
|---|---|---|
| | | |
| | | |

CASE NUMBER: CV-11-64-BU-SEH-RKS

**RECEIVED**

NOV 14 2011

PATRICIA PETERSON,

                              Plaintiff,

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BUTTE

vs.

RECONTRUST COMPANY, N.A., et al.,

                              Defendant.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Recontrust Company, N.A. / Bank of America, N.A. | November 10, 2011 |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signature | Party Represented | Date |
|---|---|---|
| | | |