IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

PATRICIA PETERSON,
         Plaintiff,

VS.

RECONTRUST COMPANY,
N.A., et al.,
         Defendants.

NOTICE OF ASSIGNMENT
TO U.S. MAGISTRATE

CV-11-64-BU-RKS

Pursuant to 28 U.S.C. Section 636(c), Fed.R.Civ.P.73, and upon the written consent of the parties, notice is hereby given that the Honorable Keith Strong, United States Magistrate Judge, shall conduct all further proceedings, enter judgment, and conduct all post-trial proceedings in the above-captioned matter.

Dated this 18th day of NOVEMBER, 2011.

         Patrick E. Duffy, Clerk
         United States District Court

         BY: /s/ Charles MacIntyre
             Deputy Clerk