IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| PATRICIA PETERSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RECONTRUST COMPANY, N.A., et al,<br><br>　　　　Defendants. | CV-11-64-BU-RKS<br><br>**ORDER** |

　　　This case has been assigned to the undersigned by Consent of the parties dated November 18, 2011, C.D. 9.

　　　**IT IS ORDERED:**

　　　(1)　Parties shall appear before the undersigned on **Wednesday, January 11, 2012, at 1:00 p.m., at the Mike Mansfield Federal Courthouse, 400 North Main Street, Butte, Montana**, for the purpose of participating in a preliminary pretrial conference ("conference"). The parties should report to the Clerk of Court for the location of the conference.

　　　(1)　Any party may commence discovery immediately upon providing the Rule 26(a)(1) Initial Disclosure to all opposing parties. Fed. R. Civ. P. 26(d).

　　　　　(a)　If it is impossible for a party to attend the conference at the time set, application for an extension must be made by motion. The motion must state

whether opposing party objects.  The motion also must be accompanied by a proposed order resetting the conference.  Requests to change the conference date will be granted for good cause shown.  Although experience shows that in person conferences are most useful, **motions to conduct the conference by telephone will be entertained.**  If one party cannot appear in person, the conference will be conducted by telephone.

(2)   The conference is intended to develop a case-specific plan for discovery and a schedule for disposition of the case.  Parties should prepare to take part in meaningful discussions of material contained in the pretrial statements.  Each party to the case must be represented at the conference by at least one person with authority to enter stipulations.  The case management plan, including trial date resulting from the conference, will not be subject to revisions absent compelling reasons.

(3)  On or before **December 14, 2011**, parties shall meet and confer to consider matters listed in Fed. R. Civ. P. 26(f)**.**

(4)   On or before **January 4, 2012**, the parties shall jointly file with the Court a written report outlining the discovery plan formulated at the conference.  The discovery plan will require disclosure of all experts and shall address whether expert disclosures will be made simultaneously or sequentially.  Expert disclosures must comply with Fed. R. Civ. P. 26(a)(2)(B)**.**  As part of the discovery plan parties shall seek to identify and should be prepared to discuss in detail any electronic discovery stipulations or issues which may arise and a plan for electronic discovery.  Fed R. Civ. P. 26(f)(3).  In that regard the parties may find it useful to consider potential issues regarding electronic discovery such as those outlined in the Delaware Default Standard for Discovery of Electronically Stored Information ("E-Discovery") found at

http://www.ded.uscourts.gov/Announce/HotPage21.htm.

(5)  On or before **January 4, 2012**, parties shall file a preliminary pretrial statement.  See Fed. R. Civ. P. 26(a)(1).  The statement shall address all matters listed in Federal Rule 26(a)(1) and all matters listed in Local Rules 16.2(b)(1), 16.2(c), and 26.1.

Dated this 18th day of November, 2011

/s/Keith Strong
Keith Strong
United States Magistrate Judge